## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ADVANCE PRODUCE, INC.,

    Plaintiff(s),

v.                                        Case No: 8:13-cv-242-T-30AEP

ISADORE A. RAPASADI AND SONS,
INC., et al.,

    Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #15) on February 14, 2013.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #15) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

      2.      The Report and Recommendation is adopted immediately, rather than allowing for a fourteen-day objection period, due to lack of opposition to Plaintiff's Motion for Emergency Issuance of a Preliminary Injunction (Dkt. #2).

      3.      Plaintiff's Motion for Emergency Issuance of a Preliminary Injunction (Dkt. #2) is GRANTED.

      4.      Plaintiff's proposed Order Granting Motion for Preliminary Injunction (Dkt. #14) will be adopted and entered by this Court.

**DONE** and **ORDERED** in Tampa, Florida on February 15, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2013\13-cv-242.adopt 15.wpd