IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADVANCE PRODUCE, INC., a Florida
corporation,

     Plaintiff,

v.

ISADORE A. RAPASADI AND SONS, INC.,
a New York corporation, ROBERT S.
RAPASADI, an individual,

     Defendants,

Case No. 8:13-cv-242-T-30AEP

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Before this Court is the Stipulation for Dismissal with Prejudice. Having considered the Stipulation and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and the Clerk is hereby directed to close the file.

**DONE AND ORDERED** in Tampa, Florida on December ___, 2013.

_____
James S. Moody, Jr.
United States District Judge

Copies furnished to:
  Counsel/Parties of Record