IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ADVANCE PRODUCE, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>ISADORE A. RAPASADI AND SONS, INC., a New York corporation, ROBERT S. RAPASADI, an individual,<br><br>Defendants, | Case No. 8:13-cv-242-T-30AEP |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is the Stipulation for Dismissal with Prejudice. Having considered the Stipulation and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and the Clerk is hereby directed to close the file.

**DONE AND ORDERED** in Tampa, Florida on December 9, 2013.

_____
James S. Moody, Jr.
United States District Judge

Copies furnished to:
  Counsel/Parties of Record